IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUNDELL WRIGHT,

    Petitioner,                        No. 2:13-cv-0625 CKD P

    vs.

R.T.C. GROUNDS,

    Respondent.                   <u>ORDER</u>

                                /

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 along with an application to proceed in forma pauperis. Petitioner has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. Pursuant to 28 U.S.C. § 636(c), petitioner has consented to have a United States Magistrate Judge preside over all matters in this action.

        Court records for case number 2:09-cv-3347 MCE EFB P reveal that petitioner previously filed a petition for a writ of habeas corpus attacking the convictions and sentences challenged in this case. The previous petition was filed on December 2, 2009, and was denied on July 9, 2012. Before petitioner can proceed with the instant successive habeas petition, he must obtain authorization from the Ninth Circuit Court of Appeals. 28 U.S.C. § 2244(b)(3).

1

1  Therefore, petitioner's habeas petition must be dismissed without prejudice to its refiling upon
2  obtaining the required authorization.
3          Accordingly, IT IS HEREBY ORDERED that:
4          1. Petitioner's request for leave to proceed in forma pauperis is granted; and
5          2. This action is dismissed without prejudice.
6  Dated: April 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
wrig0625.suc